## DAVID NIVIN, Defendant below, v. STATE, for the use of FIELD, WARDEN, and BACON.

Court of Errors and Appeals.  August, 1811.

*Clayton's Notebook, 26.**

The Court were of opinion that under the recognizance the sheriff's sureties are merely answerable for what is done during

---

* This case is also reported in *Ridgely's Notebook I, 10.*

the continuance of the term of office, and not for anything done afterwards, under the Act of Assembly [2 Del.Laws 933] permitting writs of *venditioni exponas* in certain cases to be directed to and executed by later sheriffs; and accordingly reversed the judgment of the court below.

*Ex relatione W. T. Clayton.*